**Order filed, August 17, 2016.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00624-CR

———————

**EX PARTE THOMAS  CHRISTOPHER LEBLANC, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1508554**

---

### ORDER

The reporter's record in this case was due **August 10, 2016**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Renee Reagan**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM